USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/14/2023___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL L DUNAWAY,

                            Plaintiff,

        -against-

THE VILLAGE OF MAMARONECK; THE
VILLAGE OF MAMARONECK POLICE
DEPARTMEN; THE COUNTY OF
WESTCHESTER; THE COUNTY OF
WESTCHESTER DEPARTMENT OF
CORRECTIONS; JOHN DOES 1-5,

                            Defendants.

22-CV-8823 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

        Plaintiff brings this *pro se* action under 42 U.S.C. § 1983, alleging that Defendants violated

his constitutional rights. Plaintiff sues the Village of Mamaroneck, the Village of Mamaroneck

Police Department, the County of Westchester, the County of Westchester Department of

Corrections, and John Does 1-5. (ECF No. 2.)  By order dated October 25, 2022, the Court granted

Plaintiff's request to proceed *in forma pauperis* (IFP), that is, without prepayment of fees.  (ECF

No. 3.)  By order dated January 4, 2023, this Court directed service upon the Village of

Mamaroneck and County of Westchester through the U.S. Marshals Service.  (ECF No. 5.)

Pursuant to *Valentin v. Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997), this Court also directed the Village

of Mamaroneck and County of Westchester Attorneys to "identify the John Doe prison officials

whom Plaintiff alleges violated his rights in the Mamaroneck and Westchester County jails."  (*Id.*)

The County of Westchester Attorney responded by letter dated February 23, 2023, stating that the

Complaint lacked sufficient information to allow the County to identify the officials.  (ECF No.

8.)  Accordingly, it is hereby

ORDERED that Plaintiff file an Amended Complaint no later than May 12, 2023 providing information sufficient to allow the Village and County Attorneys to identify the John Doe prison officials named in the original Complaint. In the event Plaintiff does not file an Amended Complaint by May 12, 2023 or otherwise show good cause for failing to do so, this Court will dismiss the John Doe prison officials from the Complaint. Plaintiff is further advised that an amendment to a complaint completely supplants the previous complaint. In other words, he must include all allegations he wishes to be considered in the Amended Complaint, and if he fails to include any allegations he cannot rely upon the fact that he previously asserted allegations in the Complaint. A blank Amended Complaint form is attached hereto.

The Clerk of Court is directed to mail a copy of this Order to *pro se* Plaintiff at Plaintiff's address listed on ECF and to show service on the docket.

SO ORDERED.

Dated:    March 14, 2023
          White Plains, New York

                                        _____
                                              NELSON S. ROMÁN
                                           United States District Judge

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write the full name of each plaintiff.


-against-


_____

_____

_____

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

\_\_\_\_\_CV_____

(Include case number if one has been assigned)

**AMENDED**

**COMPLAINT**

Do you want a jury trial?
☐ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☐   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
                              (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                  (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_____
First Name                      Middle Initial          Last Name

_____
Street Address

_____
County, City                              State                  Zip Code

_____          _____
Telephone Number                         Email Address (if available)

## B.   Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

        First Name     Last Name

        Current Job Title (or other identifying information)

        Current Work Address (or other address where defendant may be served)

        County, City     State    Zip Code

Defendant 2:

        First Name     Last Name

        Current Job Title (or other identifying information)

        Current Work Address (or other address where defendant may be served)

        County, City     State    Zip Code

Defendant 3:

        First Name     Last Name

        Current Job Title (or other identifying information)

        Current Work Address (or other address where defendant may be served)

        County, City     State    Zip Code

Defendant 4:

_____
First Name                        Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                      State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____

_____

_____

_____

_____

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

_____

_____

_____

_____

_____

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| First Name | Middle Initial | Last Name |

Street Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

| | |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.