```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL DUNAWAY,

                       Plaintiff,

   -against-

THE VILLAGE OF MAMARONECK THE COUNTY OF WESTCHESTER, JOHN DOES 1-5,

                       Defendants.

No. 22-cv-08823 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge

    On July 1, 2024, this Court issued its Opinion and Order dismissing Plaintiff's Monell claims against the Village of Mamaroneck and the County of Westchester without prejudice and dismissing Plaintiff's state law claims with prejudice. (ECF No. 27.) The Court advised Plaintiff therein that if Plaintiff did not file an Amended Complaint on or before July 31, 2024, the Court would dismiss the Complaint with prejudice. As of April 15, 2025, Plaintiff has failed to file an Amended Complaint and has neither requested an extension nor advised the Court of why they have failed to do so.

    Accordingly, the Court DISMISSES with prejudice Plaintiff's Complaint and directs the Clerk of Court to terminate the instant action.

Dated:   April 15, 2025
           White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge