UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL DUNAWAY,

                Plaintiff,

-against-                              22 **CIVIL** 08823 (NSR)

**JUDGMENT**

THE VILLAGE OF MAMARONECK THE
COUNTY OF WESTCHESTER, JOHN DOES 1-5,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 15, 2025, the Court DISMISSES with prejudice Plaintiff's Complaint. Accordingly, the case is closed.

**Dated:**  New York, New York

      April 16, 2025

**TAMMI M HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**